146 A.3d 466

**BELL**

v.

**DYCK O'NEAL, INC.**

**No. 223, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 1165, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 466

**BEY, Douglas Ford, II**

v.

**STATE of Maryland**

**No. 247, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Reported below: 228 Md.App. 521, 139 A.3d 1113.

Petition for writ of certiorari denied.